IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUL 27 2015

CLERK_____
SO. DIST OF GA

TONY MENEFEE,)
)
    Plaintiff,)
)
v.) CASE NO. CV415-140
)
JOSE MORALES, Warden, Coastal)
State Prison; DR. HENDERSON,)
Coastal State Prison; DAVID)
MILTON, Coastal State Prison;)
)
    Defendants.)
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA