# United States District Court
## *Southern District of Georgia*

Tony Menefee,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV415-140,

Jose Morales, Warden, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 7/27/15, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.

7/27/15
Date

(By) Deputy Clerk